UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON HUGHES, individually and on behalf of all others similarly situated,<br><br>v.<br><br>JEAN LAFITTE HARBOR, LLC, ET AL. | **Case No.: 2:19-cv-09532-GGG-DMD**<br>Collective Action (29 U.S.C. § 216(b)) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Aaron Hughes and Jean Lafitte Harbor, LLC, et al., pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) file this stipulation to dismiss with prejudice the above-captioned case, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

By: _/s/ David I. Moulton_
David I. Moulton
Texas Bar No. 24051093
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
dmoulton@brucknerburch.com

**Matthew S. Parmet**
Louisiana Bar # 32855
**PARMET PC**
3 Riverway, Ste. 1910
Houston, Texas 77056
phone     713 999 5228
matt@parmet.law

**ATTORNEYS FOR PLAINTIFF**

Clement P. Donelon
La. Bar #4996
3900 N. Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 887-0077
Facsimile: (504) 887-0078
cpdlaw@aol.com
donlaw@gmail.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On August 25, 2020, I served this document on all parties via the Court's ECF system.

**/s/ David I. Moulton**
_____
David I. Moulton